DocuSign Envelope ID: DB0B6AE2-2B46-4363-AEB1-595D1DFC6CA5

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______
DATE FILED: 2/23/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LAWRENCE YOUNG, Individually and on Behalf of All Other Persons Similarly Situated,

Plaintiff,

v.

MODANI NEW YORK, LLC,

Defendant.

ECF CASE

No.: 1:17-cv-7676 (SHS)

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed, by and between Plaintiff, LAWRENCE YOUNG ("**Young**"), and Defendant, MODANI NEW YORK, LLC ("**Modani**"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, and have authorized their counsel to stipulate, consent, and agree to dismiss the instant action with prejudice to Modani.

It is hereby further stipulated and agreed, by and between Young and Modani, that on or before the period of the underlying litigation, Modani has modified the Website, www.modani.com (the "**Website**") into substantial conformance with the Web Content Accessibility Guidelines (WCAG) to Level AA. *See Markett v. Five Guys Enterprises LLC*, 17-cv-788-KBF, ECF No. 33 (S.D.N.Y. July 21, 2017) (indicating that WCAG 2.0 Level AA standard was an appropriate website accessibility standard in denying Defendant's motion to dismiss).

DocuSign Envelope ID: DB0B6AE2-2B46-4363-AEB1-595D1DFC6CA5

The requirement of substantial conformance applies to and is inclusive of all pages within the Website, except those pages or applications that link to the pages identified but that are not controlled or operated by Modani or its parents, subsidiaries, or related entities.

Dated: February 20th, 2018
New York, New York

Douglas B. Lipsky, Esq.
LIPSKY LOWE LLP
630 Third Avenue, Fifth Floor
New York, NY 10017-6705
Email: doug@lipskylowe.com
Tel: 212.392.4772
*Attorneys for Plaintiff*

Dated: February 15/dbl, 2018
Miami, Florida

Michael I. Bernstein
THE BERNSTEIN LAW FIRM
3050 Biscayne Boulevard, Suite 403
Miami, FL 33137
michael@bernstein-lawfirm.com
Tel: 305.672.9544
*Attorneys for Defendant*

~~The Court hereby approves the settlement and dismissal of the instant action with prejudice.~~

SO ORDERED:

Dated: New York, New York
Feb 22, 2018

The Honorable Sidney H. Stein, U.S.D.J.